# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
Appellant,
vs.
CANDICE KATIE TOWNER,
Respondent.

No. 84249

**FILED**

JUN 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed without payment of the requisite filing fee. On February 18, 2022, this court directed the district court to rule on appellant's pending application to proceed in forma pauperis pursuant to NRAP 24 within 30 days. The district court filed a copy of its order denying the application to proceed in forma pauperis on February 28, 2022.

On March 15, 2022, this court directed appellant to pay the fee or file a motion to proceed in forma pauperis with this court. On April 5, 2022, appellant filed an affidavit in support of motion to proceed in forma pauperis. The affidavit was construed as a motion for leave to proceed in forma pauperis pursuant to NRAP 24(a)(5). On May 16, 2022, this court denied the motion to proceed in forma pauperis and directed appellant to pay the fee within 14 days. Appellant was cautioned that failure to timely pay the filing fee would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-19717

cc:   Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Candice Katie Towner
Eighth District Court Clerk